

ORIGINAL

CV 02-1689 #1

FILED ____ ENTERED
LODGED ____ RECEIVED

AUG 15 2002 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Fee waived
S/C :ss

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
  Plaintiff, )   CIVIL ACTION NO
)
  v. )   CV02-1689C
)   COMPLAINT
MEDICAL MANAGEMENT INTERNATIONAL, )
INC., )
)   JURY TRIAL DEMAND
)
  Defendant )

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation and to provide appropriate relief to Erin Harold and a group of similarly situated female employees ("the class"). The Equal Employment Opportunity Commission alleges that defendants subjected Ms Harold and the class to a sexually and gender-based hostile work environment. The EEOC further alleges defendant subjected Ms Harold to discipline when she complained of the harassment. Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory damages and punitive damages, on behalf of Ms. Harold and the class.

///

COMPLAINT - PAGE 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Washington at Seattle

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendants Medical Management International, Inc has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Medical Management International, Inc has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Erin Harold filed charges with the Commission alleging violations of Title VII by Medical Management International, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled

7. Beginning on or before December 2000, defendant engaged in unlawful employment practices at its Woodinville, Washington facility known as "Banfield, the Pet Hospital," in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendants affected the terms and conditions of Erin Harold's and the class members' employment by subjecting them to ongoing harassment based on sex. This included both gender-based and sexual conduct and

COMPLAINT - PAGE 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

comments that defendant failed to remedy, including the following the facility's chief veterinarian making routine disparaging comments about the abilities of female employees, the facility's chief veterinarian using pervasive profanity around and ridiculing the predominantly female subordinate staff, the facility's chief veterinarian making sexual comments about female anatomy and other matters. Further, defendant disciplined Ms. Harold in retaliation for her complaints of discrimination.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Harold and the class of equal employment opportunities and otherwise adversely affect their status as employees because of their sex or because of retaliation.

9. The unlawful employment practices complained of in paragraph 7 above were intentional

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of the class members.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining each defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the bases of sex and retaliation.

B. Order each defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order each defendant to make whole all class members by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order each defendant to make whole all class members by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at

COMPLAINT - PAGE 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

1  trial.

2      E.   Order each defendant to make whole all class members by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

    F.   Order each defendant to pay all class members punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

    G   Grant such further relief as the Court deems necessary and proper in the public interest.

    H.   Award the Commission its costs of this action

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 15 day of August, 2002..

A. LUIS LUCERO, JR.  
Regional Attorney

GWENDOLYN YOUNG REAMS  
Associate General Counsel

JOHN F. STANLEY  
Acting Supervisory Trial Attorney

WESLEY KATAHIRA  
Senior Trial Attorney

BY: *A. Luis Lucero Jr.* (signature)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle District Office  
909 First Avenue, Suite 400  
Seattle, Washington 98104  
Telephone (206) 220-6851

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Office of the General Counsel  
1801 "L" Street, N.W.  
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT - PAGE 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle District Office  
Federal Office Building  
909 First Avenue, Suite 400  
Seattle, Washington 98104-1061  
Telephone (206) 220-6883  
Fax (206) 220-6911  
TDD (206) 220-6882